**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **JESSE LEE, Inmate #B27297,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) CIVIL NO. 07-cv-858-DRH |
| | ) |
| **ROD R. BLAGOJEVICH,** | ) |
| | ) |
| **Defendant.** | ) |

**MEMORANDUM AND ORDER**

**HERNDON, Chief District Judge:**

This matter is before the Court upon Plaintiff's motions to proceed *in forma pauperis* (Docs. 3 and 4). However, Plaintiff has not submitted a certified copy of his prison trust fund account statement for the six-month period immediately preceding the filing of the complaint as required by § 1915(a)(1). Although Plaintiff states that he is unable to obtain a copy of his trust fund account statement, the Court notes that other inmates from Pontiac Correctional Center are able to supply them to the Court. Consequently, the Court is reluctant to take action on Plaintiff's motions without some further effort being made to secure a copy of the trust fund account statement.

**IT IS HEREBY ORDERED** that Plaintiff shall submit, within **THIRTY (30) DAYS** of the date of the entry of this order, a certified copy of his prison trust fund account statement for the six-month period immediately preceding the filing of the complaint Plaintiff is **ADVISED** that in the event he has been transferred among institutions during this six-month period, it is Plaintiff's responsibility to obtain a copy of his prison trust account statement from each such facility and to forward it to the Court. Plaintiff is **FURTHER ADVISED** that his obligation to pay the filing fee

for this action was incurred at the time the action was filed; such an obligation will exist whether or not Plaintiff is granted leave to proceed *in forma pauperis.* 28 U.S.C. § 1915(b)(1); *see also Lucien v. Jockisch,* 133 F.3d 464, 467 (7th Cir. 1998).

To assist Plaintiff in securing a copy of his trust fund account statement, the Clerk of Court is **DIRECTED** to mail a copy of this Memorandum and Order to Plaintiff and to the Trust Fund Officer at the Pontiac Correctional Center *upon entry of this Memorandum and Order*.

**IT IS SO ORDERED.**

**Dated this 6th day of March, 2008**

/s/     DavidRHerndon
Chief Judge
United States District Court