## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JESSE LEE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL NO. 07-cv-858-DRH |
| | ) |
| ROD R. BLAGOJEVICH, | ) |
| | ) |
| Defendant. | ) |

## **JUDGMENT**

This action came before the Court for a preliminary screening of the complaint pursuant to 28 U.S.C. § 1915A. The Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** this action is dismissed as legally frivolous.

Dismissal is with prejudice. Judgment is entered in favor of Defendants and against Plaintiff.

Plaintiff shall take nothing from this action.

| | |
|---|---|
| May 13, 2008 | By: /s/ DavidRHerndon |
| *Date* | *Chief District Judge* |